ACCEPTED
03-15-00022-CV
4191421
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 11:30:48 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00022-CV

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 11:30:48 AM
JEFFREY D. KYLE
Clerk

FOR THE THIRD DISTRICT OF TEXAS

AT AUSTIN, TEXAS

BEACON HILL STAFFING GROUP LLC,
*Appellant*,

v.

KFORCE INC,
*Appellee*

On appeal from Cause No. D-1-GN-14-004781
In the 98th District Court of Travis County, Texas
Honorable Gisela Triana, Judge Presiding

**FIRST UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE
APPELLANT'S BRIEF**

TO THE HONORABLE SEVENTH COURT OF APPEALS:

Comes now, the Appellant Beacon Hill Staffing Group LLC ("Appellant"),

and pursuant to Texas Rules of Appellate Procedure 10.5 and 38.6, files this Motion

Page 1

to extend time to file its Brief. In support of this Motion and in support thereof shows the Court the following:

1. This is an accelerated appeal from a temporary injunction. The current deadline for Appellant to file its Brief is February 24, 2015. The Court may extend this filing deadline pursuant to TEX. R. APP. P. 38.6(d).

2. Appellee seeks a 24-day extension to file its Brief, to March 20, 2015.

3. Currently pending in the trial court are two motions to modify the temporary injunction (one agreed and one not), which address many if not all of the issues to be addressed in this appeal. The parties are awaiting a ruling from the trial court on these motions. If the motions are granted, the appeal (or large portions of it) would become moot.

4. Furthermore, the two parties to this appeal are in ongoing litigation in a case pending in the United States District Court for the Eastern District of Missouri Eastern Division styled *Kforce Inc. v. Beacon Hill Staffing Group, LLC and Gary Hahn*, Cause No. 4:14-cv-01880-CDP. The parties are in ongoing discussions regarding resolution of the claims in both the Texas and the Missouri case. Mediation is scheduled in the Missouri case for March 3, 2015. It is possible that this appeal will be affected by the mediation in the Missouri case.

5. The requested extension of time will all the parties time to discuss possible resolution of this case and will permit Appellant to better brief the Court on

the matters involved in this appeal, and the same is not being requested for the purposes of delay, but for good cause.

6. Appellant has not previously requested any extensions of time to file its Brief.

7. Counsel for Appellant, Martin A. Rodriguez has stated that he does not oppose this Motion.

## **Prayer**

For the reasons stated, Appellant requests that the Court extend the deadline to file its Brief for 24 days from February 24, 2015, to March 20, 2015.

Respectfully submitted,

Rick L. Lambert
State Bar No. 11844725
Jennie C. Knapp
State Bar No. 24069350
Jennie.Knapp@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P. O. Box 9158
Amarillo, Texas 79105-9158
P: (806) 376-5613
F: (806) 379-0316

By:    /s/ Jennie C. Knapp
        Jennie C. Knapp

*ATTORNEYS FOR APPELLANT*

**CERTIFICATE OF CONFERENCE**

As evidenced by my signature below, I received confirmation from counsel for Appelle, Martin A. Rodriguez, on February 18, 2015, that he does not oppose the relief requested in this Motion.

/s/  Jennie C. Knapp
Jennie C. Knapp

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of *First Unopposed Motion to Extend Deadline to File Appellant's Brief* has been sent to the following counsel of record in accordance with Rule 9.5(e) of the Texas Rules of Appellate Procedure by email and fax on this 18th day of February, 2015:

*Counsel for Appellees:*

Bruce A. Griggs
Bruce.griggs@ogletreedeakins.com
Martin A. Rodriguez
Martin.rodriguez@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701

/s/ Jennie C. Knapp
Jennie C. Knapp
